IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANTAGE COMMERCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 21-cv-04716-MMC<br><br>**ORDER RE: REPORT AND RECOMMENDATION; GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

Before the Court is the Report and Recommendation, filed August 11, 2022, in which Magistrate Judge Thomas S. Hixson recommends the Court grant plaintiffs' Motion for Default Judgment. No objections to the Report and Recommendation have been filed.

The Court, having read and considered the Report and Recommendation and having considered the matter de novo, hereby ADOPTS the recommendation to the extent it is based on defendant's failure to fully comply with plaintiffs' request for an audit of defendant's records.[1]

Accordingly, the Court hereby GRANTS plaintiffs' motion for default judgment, and, by separate document filed concurrently herewith, will, with minor modification, issue the Judgment recommended in the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: August 30, 2022

MAXINE M. CHESNEY
United States District Judge

---

[1] Although the Report and Recommendation states defendant "failed to make timely contribution payments" (see Report and Recommendation at 11:9), at this juncture plaintiffs have not submitted evidence as to any amount owed.