Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES; CHRIS CHRISTOPHERSEN AND JOHN MAGGIORE, AS TRUSTEES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ADVANTAGE COMMERCIAL SURFACES, INC., a California corporation, doing business as ACS FLOORS,<br><br>　　　　　Defendant. | Case No. 3:21-cv-04716-~~TSH~~  MMC<br><br>**~~[PROPOSED]~~ JUDGMENT** |

　　　　Defendant ADVANTAGE COMMERICAL SURFACES, INC., a California Corporation, doing business as ACS Floors, having failed to plead or otherwise defend this action, and its default having been entered:

　　　　It is hereby ORDERED, ADJUDGED AND DECREED that Defendant shall provide Plaintiffs with copies of the documents specified below to allow Plaintiffs to complete an audit of Defendant's

1

payroll records for the purpose of determining whether it has made full payment of all sums owed to Plaintiffs for the period of December 1, 2018 through the present:

    a. Timecards for the period October 7, 2019 through October 20, 2019 for the following employees:

        i. Edell, Adam H xxx-xx-9097

        ii. Guerrero, Isaac J xxx-xx-8774

        iii. Loverde, Brian T xxx-xx-8237

        iv. Martinez, Jr, Armando xxx-xx-3780

        v. Martino, Anthony S xxx-xx-0733

        vi. Mccormick, Justin J xxx-xx-7472

        vii. Pene, Jr, Brent C xxx-xx-7457

        viii. Reser, Jason J xxx-xx-8864

        ix. West, Christopher D xxx-xx-3508

    b. Cash Disbursement Journals including date, payee, check number and amount for the following period (this information usually comes from the accounts payable department and can be a check register, general ledger, or accounts payable journal. If this information is unavailable, a complete Vendor List may be acceptable): December 1, 2018 through December 31, 2020.

~~Defendant is further ORDERED to promptly pay to~~ Plaintiffs ^are awarded ~~all sums for~~ attorneys' fees and costs as follows:

| | |
|---|---:|
| Attorneys' Fees (11/24/20 – 5/31/22): | $5,807.50 |
| Costs (11/24/20 – 5/31/22): | $742.37 |
| **Total Attorneys' Fees and Costs:** | **$6,549.87** |
| **GRAND TOTAL:** | **$6,549.87** |

It is further ORDERED that once the Audit is complete and the report is finalized, in the event ^Plaintiffs may move to amend the Judgment to add amounts are found due, ^all such amounts, including late contributions, liquidated damages, interest, and audit costs. ^In support of any such motion, Plaintiffs shall provide ~~may become part of this Judgment, upon Plaintiffs providing~~ proof of such amounts owing

2

**[PROPOSED] JUDGMENT**
**3:21-cv-04716-TSH**

~~to this Court~~ and ~~that Plaintiffs~~ may submit additional declarations to the Court relative to amounts due and owing.

It is further ORDERED that if Defendant provides the above-listed documents, and additional documents are necessary to complete the audit, and if Defendant fails to provide those documents, that Plaintiffs may submit additional declarations to the Court seeking [to amend the Judgment to include] further relief to compel Defendant to produce the necessary documents.

It is further ORDERED that the Court will retain jurisdiction of the matter until said audit is complete ~~and all amounts due to Plaintiffs pursuant to this Order have been paid~~.

Dated: August 30, 2022

*[signature]*

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT